**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6232**

COREY COLES,

                    Petitioner - Appellant,

          v.

D.B. EVERETT; GENE JOHNSON; JOHN JABE,

                    Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:08-cv-00493-RGD-FBS)

Submitted:  June 22, 2009          Decided:  June 30, 2009

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Corey Coles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Coles appeals the district court's order dismissing without prejudice Coles's 28 U.S.C. § 2254 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Coles v. Everett</u>, No. 2:08-cv-00493-RGD-FBS (E.D. Va. Jan. 23, 2009). We deny Coles's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>